IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TERI VERMEULEN                                                                                  PLAINTIFF

    v.                CIVIL NO. 5:18-CV-5076

ANDREW M. SAUL, [1] Commissioner,
Social Security Administration                                                            DEFENDANT

## **JUDGMENT**

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 31st day of July, 2019.

                /s/ *Erin L. Wiedemann*
                HON. ERIN L. WIEDEMANN
                UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew M. Saul, has been appointed to serve as Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.